UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Maria Guadalupe Ellis, on behalf of herself and all others similarly situated,
_____,
   Plaintiff (s),  )
          )
          )
   v.       )   Case No.
          )
Nike USA, Inc. and Nike Retail Services, Inc.
_____,
   Defendant(s). )

NOTICE OF INTENT TO USE
PROCESS SERVER

Comes now ____Plaintiff____ and notifies the court of the intent to use
   (Plaintiff or Defendant)

St. Louis County Sheriff's Office
_____
(name and address of process server)

105 S. Central Ave., 5th Floor
_____

Clayton, Missouri  63105
_____

To serve:   Nike USA, Inc. and Nike Retail Services, Inc. _____ in the
(name of defendants to be served by this process server)

above-styled cause.  The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

 5/10/2023               /s/Daniel J. Orlowsky
_____        _____
 (date)                (attorney for Plaintiff)

                   _____
                   (attorney for Defendant)