# EXHIBIT 1



# MOVE TO ZERO

MOVE TO ZERO IS NIKE'S JOURNEY TOWARD ZERO CARBON AND ZERO WASTE, HELPING TO PROTECT THE FUTURE OF SPORT.

## OUR PATH TO ZERO

We all share the responsibility for our playground—Planet Earth. That's why we're reimagining things top to bottom through sustainability and circularity. We're focusing on carbon, waste, water, and chemistry, aiming to hit targets by 2025. Check out our Impact Report to see our progress.

Explore

## 2025 TARGETS



0.5M tons less of greenhouse gas emissions, through increasing our use of environmentally preferred materials to 50% of all key materials: polyester, cotton, leather and rubber.

100% waste diverted from landfill in our extended supply chain with at least 80% of waste recycled back into Nike products and other goods.

25% reduction of fresh water usage per kilogram in textile dyeing and finishing.



## BLOOM OVER DOOM

Nike has pushed the boundaries of sustainable innovation for decades. But what got us here won't get us where we need to go. We're evolving the playbook, transforming science fiction to science fact, at Nike's scale. We're not there yet, but we know where we're going—moving to zero and then beyond. We think of it as "Bloom Over Doom"—tenacious optimism, audacious innovation and collective action so we all, and this beautiful blue ball, thrive.



## MATERIALS WITH LESS IMPACT

By reusing existing plastics, yarns and textiles, and inventing entirely new materials, we're making big strides forward on our journey to zero carbon and zero waste.



Explore

# CIRCULAR SOLUTIONS

Protecting the future of sports means rethinking how we bring products into the world, make them last and giving them new life. Learn about the services we offer, the steps we're taking, and how you can move to zero with us.

Explore



## MAKE YOUR GEAR LAST

Explore our Product Care guide for easy maintenance and care recommendations to get the most out of your favorites.

Check It Out



### Recycling + Donation

Help reduce waste by donating or recycling worn athletic shoes and apparel.

Learn More



### Refurbished

We source a mix of eligible returns and open box footwear to create an opportunity to purchase gently used shoes at a lower price.

Learn More



### Re-Creation

We collect local vintage and dead stock product, using its materials to create newly designed and manufactured pieces.

Learn More



## TAKING ACTION, TOGETHER

Did you know? The "Sunburst" symbol was created in the 1970s as a circular option where asymmetry of the Swoosh logo didn't work. Since then, in the same nature of our circular design philosophy, we've repurposed the logo. Today, when you see this logo, you see one small step in our journey to Move to Zero.

Get the latest Nike Sustainability news and discover new ways we can help protect the future of sport together.

Join Us



## Our Latest Stories



**Nike Forward: A Little Care Goes a Long Way**

Nike Forward is a special material that appreciates special care. Wash Nike Forward garments on cold before laying them flat to dry. Take care of any piling with an electric fabric shaver.



Move to Zero
**Meet Nike Forward**

The inaugural collection is made with an average of 75% less carbon compared to our traditional knit fleece. We call it Forward because that's where we're going.



Innovation
**Maximum Mileage: 12 Easy Ways to Extend the Life of Your Running Shoes**

Runners share tips on getting started with simple, daily gear care. The best part? These hacks can help you reduce waste and be a more mindful runner.

## Explore More Resources



Sustainability
**More about Nike's Vision**



Innovation
**Nike Grind**



Sustainability
**Circular Design Guide**