# EXHIBIT 2







## NIKE FORWARD

Nike Forward is an all-new material made from ultra-thin, needle-punched layers. It's super soft, incredibly warm, and absurdly lightweight. Designed with sustainability in mind, our inaugural collection has a reduced carbon footprint of 75% on average when compared to our traditional knit fleece.

Learn More
Shop Nike Forward

## MATERIALS WITH LESS IMPACT





### Nike Air

Since 2008, all Nike Air soles made at Nike's Air Manufacturing Innovation facilities in Oregon and Missouri are composed of at least 25% recycled manufacturing waste. As of 2020, all Air MI facilities are powered by 100% renewable wind energy. We reuse more than 90% of the waste from materials used for our Air soles to make new, innovative cushioning systems. Light on your feet. Light on waste.

Shop Nike Air    Learn More

### Nike Flyknit

Nike Flyknit is a lightweight fabric precision-engineered with an average of 60% less waste than in traditional footwear upper manufacturing. Each shoe upper made from Flyknit contains 6-7 plastic bottles.

Shop Nike Flyknit    Learn More

### Nike Flyleather

Flyleather looks, feels and smells like natural leather, made by binding at least 50% recycled leather fibers with synthetic fibers using a water-powered process. This creates less waste and a lower impact on climate change compared to full grain leather.

Shop Nike Flyleather    Learn More





### Recycled Polyester

Our recycled polyester is made from plastic bottles which are cleaned, shredded into flakes, converted into pellets, and then spun into a high-quality yarn. In addition to reducing waste, recycled poly lowers carbon emissions by up to 30% compared to virgin poly, and diverts an average of 1 billion plastic bottles annually from landfills and waterways.

Shop Recycled Polyester

### Sustainable Cotton

As of 2020, 100% of the cotton we use across our entire product line is certified organic, recycled, or Better Cotton sourced through the Better Cotton Initiative (BCI). BCI works to improve cotton farming globally, sourcing cotton through a system of Mass Balance. All of our organic cotton is grown without fossil fuel-derived pesticides or synthetic fertilizers and we also recycle more than 1.5 million pounds of cotton each year.

Shop Sustainable Cotton

### Recycled Nylon

Our recycled nylon is transformed from a variety of materials, like carpet and used fish nets. The nylon is cleaned, sorted, and converted into flakes, all before undergoing a chemical or mechanical recycling process. The new recycled nylon yarn reduces our carbon emissions by up to 50% compared to virgin nylon.

Shop Recycled Nylon



More Ways to Move to Zero

# CIRCULAR SOLUTIONS

Protecting the future of sports means rethinking how we bring products into the world, make them last and then give them new life. Learn how we can take steps to move to zero together.

Explore



## TAKING ACTION, TOGETHER

Did you know? The "Sunburst" symbol was created in the 1970s as a circular option where asymmetry of the Swoosh logo didn't work. Since then, in the same nature of our circular design philosophy, we've repurposed the logo. Today, when you see this logo, you see one small step in our journey to Move to Zero.

Get the latest Nike Sustainability news and discover new ways we can help protect the future of sport together.

Join Us



## Our Latest Stories



**Nike Forward: A Little Care Goes a Long Way**

Nike Forward is a special material that appreciates special care. Wash Nike Forward garments on cold before laying them flat to dry. Take care of any piling with an electric fabric shaver.



Move to Zero
**Meet Nike Forward**

The inaugural collection is made with an average of 75% less carbon compared to our traditional knit fleece. We call it Forward because that's where we're going.



Innovation
**Maximum Mileage: 12 Easy Ways to Extend the Life of Your Running Shoes**

Runners share tips on getting started with simple, daily gear care. The best part? These hacks can help you reduce waste and be a more mindful runner.

## Explore More Resources



Sustainability
**More about Nike's Vision**



Innovation
**Nike Grind**



Sustainability
**Circular Design Guide**