# EXHIBIT 3



- Shown: Bright Cactus/White
- Style: DD4954-308

View Product Details

| Size & Fit |
| --- |

| Shipping & Returns |
| --- |

| How This Was Made |
| --- |

| Reviews (18) ★★★★½ |
| --- |

## Complete the Look














## Ready for Anything

Made for movement but perfect for life, the Nike One Top can take you from tackling trails to finding your flow to park hangs with friends. It's the ultimate all-day, everyday top.



Case: 4:23-cv-00632-MTS    Doc. #:  28-4    Filed: 08/24/23    Page: 6 of 9 PageID #: 819

## Made to Flatter

Pair it with leggings, shorts or joggers. The cut and shape of each Nike One Top style is designed to highlight and flatter your curves. Easy and relaxed, the standard fit offers comfort without being boxy, while the slim fit has a more tailored look and feel.

 

## All-Day Comfort

The Nike One Top features Dri-FIT material that breathes and

cools, with buttery-soft fabric made from at least 75% recycled fiber, so whatever you get up to, you'll be moving in comfort. Find some extra motivation with a just-for-you JUST DO IT message on the inside seam along with other premium details like a longer curved hemline and a reflective swoosh.



## Your New Glow-To

Versatile for every shape, look and activity, the Nike One Top is the workout-to-hangout essential that will keep you training, playing and going—all day and then some.

# Same webpage, with the "How This Was Made" explanation selected




**Same webpage, with the "View Product Details" explanation selected**

