# EXHIBIT 4



SHOP ALL NEW ARRIVALS   Shop Now

Find a Store | Help | Join Us | Sign In

New & Featured   Men   Women   Kids   Accessories   Sale

Search



★ Highly Rated

Sustainable Materials

# Nike Rise 365

Men's Dri-FIT Short-Sleeve Running Top

$33.97   $55   38% off

Member Exclusive: use code READY for 20% off
select styles. Log in or sign up for free to save.



## Select Size

Size Guide

| | | |
|---|---|---|
| XS | S | S Tall |
| M | M Tall | L |
| L Tall | XL | XL Tall |
| XXL | XXL Tall | 3XL |
| 3XL Tall | 4XL | 4XL Tall |

4 interest-free payments. Available for orders
above $35. Klarna. Learn More

**Add to Bag**

Favorite  ♡

This product is made with 100% recycled polyester fibers

A lightweight favorite returns with more breathability. The Nike 365 Top is made with runner-informed data for cooling in areas where you need it. It has the same soft feel you've come to expect, with design details that nod to the iconic Nike chevron. This product is made with 100% recycled polyester fibers.

- Shown: Cobalt Bliss/Heather
- Style: CZ9184-483

View Product Details

Size & Fit

Shipping & Returns

How This Was Made

Reviews (72)   ★ ★ ★ ★ ★

## Complete the Look









Explore the Nike Dri-FIT Rise 365 Men's Short-Sleeve Running Top



## Lightweight and Soft

Knit fabric is brushed on both sides for a soft feel. The top's lightweight design drapes over the body, keeping you comfortable with every step.



## Optimal Breathability

## Optimal Breathability

The top's knit structure forms the iconic Nike chevron at the front, nodding to the look of the Windrunner.



## Data-Enhanced Design

Reflective elements

**Same webpage, with the "How This Was Made" explanation selected**



iconic Nike chevron. This product is made with
100% recycled polyester fibers.

- Shown: Cobalt Bliss/Heather
- Style: CZ9184-483

View Product Details

## Size & Fit ⌄

## Shipping & Returns ⌄

## How This Was Made ⌃

- The recycled polyester used in Nike products
  begins as recycled plastic bottles, which are
  cleaned, shredded into flakes and converted
  into pellets. From there, the pellets are spun
  into new, high-quality yarn used in our
  products, delivering peak performance with a
  lower impact on the environment.
- In addition to reducing waste, recycled
  polyester reduces carbon emissions by up to
  30% compared to virgin polyester. Nike diverts
  an average of 1 billion plastic bottles annually
  from landfills and waterways.
- Learn more about our Move to Zero journey
  towards zero carbon and zero waste, including
  how we're working to design product with
  sustainability in mind and help protect the
  future of where we live and play.

**Same webpage, with the "View Product Details" explanation selected**



Nike Rise 365

$38.97   $55

**LIGHT, SOFT AND VENTILATED.**

A lightweight favorite returns with more breathability. The Nike 365 Top is made with runner-informed data for cooling in areas where you need it. It has the same soft feel you've come to expect, with design details that nod to the iconic Nike chevron. This product is made with 100% recycled polyester fibers.

**Lightweight and Soft**
Knit fabric is brushed on both sides for a soft feel. The top's lightweight design drapes over the body, keeping you comfortable with every step.

**Data-Enhanced Design**
Open-hole knit fabric uses data from hundreds of runners. It's placed in high-heat zones at the front panel to help keep you cool on your run.

**Iconic Design**
The top's knit structure forms the iconic Nike chevron at the front, nodding to the look of the Windrunner.

**More Benefits**
• Dri-FIT technology helps you stay dry and comfortable.

**Product Details**
• Reflective elements
• Not intended for use as Personal Protective Equipment (PPE)
• 100% polyester
• Machine wash
• Imported
• Shown: Cobalt Bliss/Heather
• Style: CZ9184-483