# EXHIBIT 5



The Nike Dri-FIT One Luxe Tank is designed for all the ways you work out--from yoga to HIIT to long runs. It's made with at least 75% recycled polyester fibers, which gives this tank a big luxe feel with a small footprint. Plus, the buttery-soft fabric is powered by sweat-wicking tech to help keep you dry throughout your workout.

- Shown: Adobe
- Style: DD0615-655

View Product Details

Size & Fit

Shipping & Returns

How This Was Made

Reviews (57) ★★★★★

## Complete the Look









Feel-good fabrics, flattering cuts and a rainbow of colors. The Nike One Top collection offers something for everyone. Find your favorite styles—from crop tops and racerbacks to tees, long-sleeves and twists—and get ready for whatever the day brings.



## Ready for Anything

Made for movement but perfect for life, the Nike One Top can take you from tackling trails to finding your flow to park hangs



## Made to Flatter

Pair it with leggings, shorts or joggers. The cut and shape of each Nike One Top style is designed to highlight and flatter your curves. Easy and relaxed, the standard fit offers comfort without being boxy, while the slim fit has a more tailored look and feel.




## All-Day Comfort

The Nike One Top features Dri-FIT material that breathes and cools, with buttery-soft fabric made from at least 75% recycled fiber, so whatever you get up to, you'll be moving in comfort. Find some extra motivation with a just-for-you JUST DO IT message on the inside seam along with other premium details like a longer curved hemline and a reflective swoosh.



## Your New Glow-To

Versatile for every shape, look and activity, the Nike One Top is the workout-to-hangout essential that will keep you training, playing and going—all day and then some.

# Same webpage, with the "How This Was Made" explanation selected



# Same webpage, with the "View Product Details" explanation selected



