# EXHIBIT 6



**Sustainable Materials**

# Nike Sportswear Everyday Essential
Crew Socks (3 Pairs)

$18





Select Size    Size Guide

| S (3Y-5Y / W 4-6) | M(5Y-7Y/W6-10/M6-8) |
| L (W 10-13 / M 8-12) | XL (M 12-15) |

4 interest-free payments. Available for orders above $35. Klarna. Learn More

**Add to Bag**

Favorite ♡

This product is made with at least 75% recycled polyester fibers

The Nike Sportswear Everyday Essential Socks are made with soft, stretchy fabric that molds to your foot for all-day comfort. This product is made with at least 75% recycled polyester fibers.

- Shown: Multi-Color
- Style: DX5025-911

View Product Details

Shipping & Returns ⌄

How This Was Made ⌄

Reviews (55)   ★★★★★ ⌄

# Same webpage, with the "How This Was Made" explanation selected



# Same webpage, with the "View Product Details" explanation selected

