# EXHIBIT 7





**Sustainable Materials**

## Nike Yoga Dri-FIT
Men's Fleece Pants

**$63.97** ~~$90~~ **28% off**

Sold Out: This color is currently unavailable

This product is made with at least 50% sustainable materials, using a blend of both recycled polyester and organic cotton fibers. The blend is at least 10% recycled fibers or at least 10% organic cotton fibers.

Your inner peace is a pose away. Find your zen in the cozy comfort of our Fleece Pants. Mid-weight with plenty of space to move, they feel soft as you calmly stretchy and move.

- Shown: Black/Pure
- Style: DQ4882-010

View Product Details

Size & Fit

Shipping & Returns

How This Was Made

Reviews (5)  ★★★★½

# Same webpage, with the "How This Was Made" explanation selected




**Same webpage, with the "View Product Details" explanation selected**

