# EXHIBIT 8






This product is made with at least 75% recycled nylon fibers

Utility and comfort for the win. Made from durable ripstop material, these lightweight pants come equipped with ample storage and a drawstring waistband with elastic in the back for a perfect fit. Subtle Jumpman branding means everyone knows who you're reppin'.

- Shown: Phantom/Rush Orange/Black
- Style: DV7580-030

View Product Details

Size & Fit

Shipping & Returns

How This Was Made

Reviews (0)  ★★★★★



Case: 4:23-cv-00632-MTS    Doc. #: 28-9    Filed: 08/24/23    Page: 5 of 5 PageID #: 853

**Same webpage, with the "View Product Details" explanation selected**

