# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MARIA GUADALUPE ELLIS, *on behalf of herself and all others similarly situated*,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NIKE USA, INC., *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Case No. 4:23-cv-00632-MTS<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED**.

Dated this 28th of March 2024.

　　　　　　　　　　　　　　　　　　　　　　　MATTHEW T. SCHELP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE