# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MARIA GUADALUPE ELLIS, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) | Case No. 4:23-cv-00632-MTS |
| ) v. ) ) | |
| NIKE USA, INC, and NIKE RETAIL SERVICES, INC, ) ) ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §1291 and Rules 3 and 4 of the Federal Rules of Appellate Procedure, Plaintiff Maria Guadalupe Ellis ("Plaintiff") in the above captioned matter hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on March 28, 2024 (Dkt. #35), and all orders granting the motion to dismiss (Dkt. #34) that gave rise to that judgment, and the Order denying Plaintiff's motion for reconsideration and for leave to amend.

Dated: July 9, 2024

/s/ Daniel J. Orlowsky
Daniel J. Orlowsky, #MO57387
**ORLOWSKY LAW, LLC**
7777 Bonhomme Ave., Suite 1910
St. Louis, Missouri 63105
Phone: (314) 725-5151
Fax: (314) 455-7375
Dan@orlowskylaw.com

Attorney for Plaintiffs

Adam M. Goffstein, #MO45611
**GOFFSTEIN LAW, LLC**
7777 Bonhomme Ave., Suite 1910
St. Louis, Missouri 63105
Phone: (314) 725-5151
Fax: (314) 455-7278
adam@goffsteinlaw.com

Attorney for Plaintiffs

### **CERTIFICATE OF SERVICE**

    I hereby certify that on July 9, 2024, the foregoing was filed electronically with the Clerk of Court and served via the Court's electronic filing system to all attorneys of record.

/s/Daniel J. Orlowsky

2