# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

---

No: 24-2420

---

Maria Guadalupe Ellis, on behalf of herself and all others similarly situated

Plaintiff - Appellant

v.

Nike USA, Inc.; Nike Retail Services, Inc.

Defendants - Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:23-cv-00632-MTS)

---

## JUDGMENT

Before LOKEN, GRUENDER, and GRASZ, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

November 07, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler